# UNITED STATES DISTRICT COURT
for the
District of South Dakota

In the Matter of the Search of: )
) Case No. 5:20-mj-83
The person or body of Uriah Lafferty to include )
buccal swabs. )
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person or body of Uriah Lafferty to include buccal swabs.

located in the District of ___South Dakota___, there is now concealed *(identify the person or describe the property to be seized)*:

See Affidavit in Support of Application for Search Warrant.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| [18 U.S.C. §§ 2241(a) and 1153] | [Aggravated Sexual Abuse] |

The application is based on these facts:
☒ Continued on the attached affidavit, which is incorporated by reference.
☐ Your applicant requests that no notice be given prior to the execution of the search warrant, i.e., "no knock", the basis of which is set forth in the attached affidavit.
☐ Your applicant requests authorization to serve the search warrant any time day or night pursuant to Fed. R. Crim. P. 41(e)(2)(A)(ii), the basis of which is set forth in the attached affidavit.

_____
*Applicant's signature*
Christopher Reinke, Special Agent, FBI
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 4/8/2020

_____
*Judge's signature*

City and state: Rapid City, SD

Daneta Wollmann, U.S. Magistrate
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>The person or body of Uriah Lafferty to include buccal swabs. | CASE NUMBER:<br><br>AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION |

State of South Dakota  )
                       )
County of Pennington   )

I, Chris Reinke, Special Agent of the Federal Bureau of Investigation (FBI), having been sworn, do hereby state as follows:

1. I am a Special Agent (SA) with the FBI, and I am assigned to the Rapid City Resident Agency, Rapid City, South Dakota. I have approximately five years of law enforcement experience with the FBI as a Special Agent. During that time, I have investigated federal crimes occurring within Indian country, including violations of 18 U.S.C. §§ 2241(a) and 1153, Aggravated Sexual Abuse.

2. The information set forth below is based upon my knowledge of an investigation conducted by the FBI and the investigation of other law enforcement agencies, agents, and officers. This affidavit contains information necessary to support probable cause for this application and does not contain every material fact that I have learned during the course of this

investigation; however, no information known to me that would tend to negate probable cause has been withheld from this affidavit.

3. On November 26, 2019, Oglala Sioux Tribe Department of Public Safety (OST DPS) dispatch received a 911 call from Shawnna Dreamer. During the initial portion of the call, Dreamer was non-responsive to the dispatcher and appeared as though she was talking to someone else. As the call progressed, Dreamer told the dispatcher she was walking on main street in Pine Ridge towards Big Bats. Officers were dispatched.

4. OST DPS Officer Amber Twiss responded and, as she was enroute, was informed that Dreamer had made contact with OST DPS Officer Alec Morgan at the Big Bats gas station in Pine Ridge. Dreamer told Officer Morgan that that she had been sexually assaulted by Uriah Lafferty at his residence.

5. Officer Twiss arrived and spoke with Dreamer. Dreamer told Officer Twiss that she had been at Kevin Apple's residence in Crazy Horse and needed a ride back to her daughter's residence. Dreamer called Lafferty and requested a ride. Lafferty picked up Dreamer and told Dreamer he needed to stop by his residence. When they got there, both Lafferty and Dreamer went into the residence. Dreamer reported that Lafferty told Dreamer she was not going to leave. Dreamer stated that Lafferty pushed her down and then grabbed her by her hair and pulled her by her hair into his bedroom. Dreamer stated Lafferty grabbed a black and gray handgun and threatened her with it by pointing it at her head. Dreamer stated he also threatened her with a

chainsaw he had in the residence. Dreamer described the chainsaw to have a red handle.

6. Dreamer told Officer Twiss that Lafferty made her remove all her clothing at gunpoint. Dreamer stated that after she was completely naked, Lafferty sexually assaulted her both vaginally and anally. Dreamer stated Lafferty was not wearing a condom and she did not know whether Lafferty ejaculated.

7. Dreamer stated that at some point she was able to get her phone and she dialed 911 and acted like she was talking to her ex-husband, Kevin Apple, and that he was outside. Dreamer stated Lafferty was scared of Kevin. Dreamer told Officer Twiss she was able to get her jean shorts and sweater back on and left the residence. Dreamer stayed on the phone with dispatch until she located Officer Morgan at Big Bats in Pine Ridge.

8. On November 26, 2019, a search warrant was obtained for Lafferty's residence. During the course of the search, officers located a pair of black female underwear and a chainsaw with an orange handle in the bedroom where Dreamer indicated the sexual assault occurred. Officers also located a gray and black 9mm Hi-Point pistol in the living room of the home. Officers also located various items of drug paraphernalia and distribution materials.

9. On November 26, 2019, Dreamer was taken to the hospital and seen by medical personnel. During Dreamer's examination, vaginal/cervical swabs, anal swabs, and breast swabs were taken.

10. BIA Special Agent Molanna Clifford obtained the swabs taken during Dreamer's medical examination and sent them to the State of South Dakota, Division of Criminal Investigation Forensic Laboratory (DCI Forensic Lab).

11. The DCI Forensic Lab received the swabs on or about December 9, 2019, and conducted DNA testing on the swabs.

12. On March 5, 2020, the DCI Forensic Lab provided SA Clifford a copy of the forensic report related to their examination.

13. The DCI Forensic Lab report indicates that the forensic examiner was able to obtain a sperm cell fraction from the vaginal/cervical swab. The major contributor profile was able to be distinguished and is consistent with originating from a male. The minor contributor profile was able to be distinguished and was consistent with originating from Dreamer.

14. The DCI Forensic Lab report indicates that human DNA was located on the anal swabs, but due to insufficient male DNA, DNA profiling was not performed.

15. The DCI Forensic Lab report indicates that the forensic examiner was able to obtain a DNA profile from the breast swabs, which was consistent with being a mixture of DNA from three individuals. The major contributor was consistent with originating from a male. The forensic examiner also concluded that the major contributor profile obtained from the breast swabs and the vaginal/cervical swabs is consistent with originating from a common source.

16. The DCI Forensic Lab advised in its report that a known sample of Uriah Lafferty's DNA was needed to compare to the profiles obtained from the vaginal/cervical and breast swabs.

17. Your Affiant is aware that Lafferty is currently under federal indictment on two separate cases and is currently being held at the Pennington County Jail.

18. Based on the foregoing, your Affiant submits that there exists probable cause to believe that Uriah Lafferty committed the offense of aggravated sexual abuse against Shawnna Dreamer, in violation of 18 U.S.C. §§ 2241(a) and 1153.

19. Based on the above information and your Affiant's training and experience, your Affiant is respectfully requesting a search warrant be issued authorizing the search and seizure of buccal swabs from the body or person of Uriah Lafferty.

## REQUEST FOR SEALING

20. I further request that the Court order that the matter be sealed for a period of 180 days. The matter is an ongoing criminal investigation that is not public. Accordingly, there is good cause to seal the matter because premature disclosure may seriously jeopardize the ongoing investigation.

Dated this 8th day of April, 2020.

Christopher Reinke
Special Agent, FBI

5

Sworn to before me and:
☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

*[signature]*

Daneta Wollmann
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

In the Matter of the Search of: )
)
The person or body of Uriah Lafferty to include ) Case No. 5:20-mj-83
buccal swabs. )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of __South Dakota__ *(identify the person or describe the property to be searched and give its location)*:

The person or body of Uriah Lafferty to include buccal swabs.

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of a crime in violation of 18 U.S.C. §§ 2241(a) and 1153, Aggravated Sexual Abuse

I find that the affidavit, or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___April 22, 2020___ *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Daneta Wollmann__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*.       ☐ until, the facts justifying, the later specific date of _____.

☐ I find that good cause has been established to authorize the officer executing this warrant to not provide notice prior to the execution of the search warrant, i.e., "no knock".

Date and time issued: __4/8/2020 4:40pm__     _____
                                                              *Judge's signature*

City and state:   __Rapid City, SD__           __Daneta Wollmann, U.S. Magistrate__
                                                              *Printed name and title*

cc: AUSA Patterson
clr

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| o.: 5:20-mj-83 | Date and time warrant executed: | Copy of warrant and inventory left with: |//
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*